**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 25, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-01071-CV

---

## IN THE ESTATE OF THOMAS ALFRED LERA, SR., DECEASED

**On Appeal from the Probate Court
Galveston County, Texas
Trial Court Cause No. PR-0073531**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 20, 2012. On March 13, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.